```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00611
   RICKY BROOKS
   CARMEN BROOKS                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-4477     SSN XXX-XX-1339

-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/10/05 and confirmed on 04/22/05.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $  11904.89 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED | 7300.00 | 562.27 | 7300.00 |
| TRIAD FINANCIAL CORP | UNSECURED | 8967.25 | .00 | 430.87 |
| AMERICAN NATL ADJUSTMENT | UNSECURED | 4715.60 | .00 | 226.58 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| STATE FARM MUTUAL AUTO I | FILED LATE | .00 | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | 2368.54 | .00 | 113.80 |
| CITY OF CHICAGO | UNSECURED | 2405.00 | .00 | 115.56 |
| CUSTOMIZED AUTO CREDIT S | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | 421.07 | .00 | 20.18 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN NATIONAL ACCEPT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 873.07 | .00 | 41.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 762.01 | .00 | 36.32 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INOVISION A MAILIN COMPA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFRO FURNITURE COMPANY | UNSECURED | 1304.49 | .00 | 62.51 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MONTGOMERY WARDS | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES CONTROL CORP | UNSECURED | NOT FILED | .00 | .00 |
| SALVATORE SPINELLI | UNSECURED | NOT FILED | .00 | .00 |

```
SHORT TERM LOAN              UNSECURED        355.00             .00          17.05
SUPERIOR ASSET MGMT          UNSECURED     NOT FILED             .00            .00
NATIONAL CAPITAL MGMT LL     UNSECURED        390.81             .00          18.73
CITIFINANCIAL AUTO           UNSECURED       5855.24             .00         281.34
CAPITAL ONE FINANCIAL        FILED LATE         .00             .00            .00
CAPITAL ONE FINANCIAL        FILED LATE         .00             .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7300.00          .00     28418.08         .00     35718.08
PRINCIPAL PAID       7300.00          .00      1364.88         .00      8664.88
INTEREST PAID         562.27          .00           .00        .00       562.27
TOTAL PAID           7862.27          .00      1364.88         .00      9227.15
```

The Debtor's attorney, GLEASON & MACMASTER         , was allowed $   2200.00
and was paid $   2200.00 .

The Trustee received $    477.74 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE